## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN KELLY, ET AL.** | * | **CIVIL ACTION NO. 06-4985** |
| | * | |
| **versus** | * | **JUDGE  DUVAL** |
| | * | |
| | | |
| **STATE FARM FIRE AND CASUALTY** | * | **MAG. JUDGE: CHASEZ** |
| **COMPANY** | * | |
| | * | **SECTION: K** |

**********************************************

## O R D E R

UPON THE MOTION OF John L. Young  seeking to withdraw as counsel of record;

IT IS HEREBY ORDERED that John L. Young is authorized to withdraw as counsel of record

and the Clerk of Court is hereby instructed to strike his name as counsel of record for Plaintiffs, John

Kelly, Michael Price and Barbara Krentel .

New Orleans, Louisiana  this  2nd  day of _____ May _____ , 2007.

_____
Stanwood R. Duval, Jr.
United States District Judge

4